FILED

11/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0534

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0534

GEORGE LEON GOODRIE,

      Petitioner,

v.

CAPTAIN ROBERT LESTER,
Yellowstone County Detention Center,

      Respondent.

## GRANT OF EXTENSION

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including December 2, 2023, within which to prepare, serve, and file its response to the Petition for Writ of Habeas Corpus.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 7 2023